# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:26-CV-00474-KDB-WCM

JOHN DOE AND
JANE DOE,

      **Plaintiffs,**

      **v.**

TODD BLANCHE, ET AL.,

      **Defendants.**

**<u>MEMORANDUM AND ORDER</u>**

    **THIS MATTER** is before the Court on Plaintiffs' Motion for Emergency Temporary Restraining Order (Doc. No. 2), which asks the Court to enjoin Defendants from proceeding with immigration removal proceedings against Plaintiff Jane Doe pending the adjudication of her Form I-130 Petition and application for adjustment of status as the spouse of a United States citizen.

    To receive an injunction prior to a final decision on the merits, a plaintiff must establish that: (1) she is likely to succeed on the merits; (2) she is likely to suffer irreparable harm without the preliminary injunction; (3) the balance of equities tips in her favor; and (4) the injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Mountain Valley Pipeline, LLC v. Western Pocahontas Properties Limited Partnership*, 918 F.3d 353 (4th Cir. 2019); *Yukon Packaging, LLC v. Jones Sustainable Packaging, LLC*, No. 5:25-CV-00007-KDB-DCK, 2025 WL 209171, at \*1 (W.D.N.C. Jan. 15, 2025). Each of these four requirements must be satisfied. *Id.*

Based on the Plaintiffs' preliminary showing that Jane Doe is likely to succeed in establishing her entitlement to remain in the United States as the spouse of a United States citizen,[1] the irreparable harm that would result in her immediate removal from the United States where she makes her home with her husband, and the Court's determination that the balance of the equities and the public interest favor a limited temporary injunction to maintain the status quo, at least pending a response from Defendants, the Court will GRANT the Motion as set forth below.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiffs' Motion for Emergency Temporary Restraining Order (Doc. No. 2) is **GRANTED, in part;**

2. Defendants are enjoined from proceeding with immigration removal proceedings against Plaintiff Jane Doe until further order of the Court;

3. Defendants are directed to respond to the Complaint, including Plaintiffs' request for injunctive relief, within 30 days of the date of this Order; and

4. Following that response, the Court will set a schedule for further proceedings in the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: June 24, 2026

Kenneth D. Bell
United States District Judge

---

[1] The Court's ruling on likelihood of success on the merits is applicable only to this motion for an emergency temporary restraining order and relies solely on Plaintiffs' representations to the Court regarding Plaintiff Jane Doe's eligibility for an adjustment to her immigration status. This conclusion is thus subject to careful reconsideration upon Defendants' response to the Complaint as well as any request for further injunctive relief.